McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Nicholas H. Rasmussen, #285736
  *nrasmussen@mccormickbarstow.com*
Graham A Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff New York Marine
and General Insurance Company

Berkes Crane Santana & Spangler LLP
Steven M. Crane, #108930
  *scrane@bcsslaw.com*
Barbara S. Hodous, #102732
  *bhodous@bcsslaw.com*
515 South Figueroa Street, Ste. 1500
Los Angeles, CA 90071
Telephone:  (213) 955-1150
Facsimile:   (213) 955-1155

Attorneys for Defendant RLI Insurance
Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| New York Marine and General Insurance Company, a New York Corporation,,<br><br>        Plaintiff,<br><br>  v.<br><br>RLI Insurance Company, an Illinois Corporation,,<br><br>        Defendant. | Case No. 3:22-cv-01502-SK<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties to this action, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

Case No. 3:22-cv-01502-SK.

STIPULATED DISMISSAL WITH PREJUDICE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

Dated: January 24, 2023  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ James P. Wagoner
James P. Wagoner
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for New York Marine and General Insurance Company

Dated: January 24, 2023  BERKES CRANE SANTANA & SPANGLER, LLP

By: /s/ Steven M. Crane
Steven M. Crane
Barbara S. Hodous
Attorneys for RLI INSURANCE COMPANY

8869855.1

# PROOF OF SERVICE

**New York Marine and General Ins. Co. v. RLI Ins. Co.**
**Case No. 3:22-CV-01502**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On January 24, 2023, I served true copies of the following document(s) described as **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** on the interested parties in this action as follows:

Steven M. Crane                                                      *Attorneys for Defendant RLI Insurance Co.*
Barbara S. Hodous
Berkes Crane Santana & Spangler LLP
515 South Figueroa Street, Suite 1500
Los Angeles, CA 90071
Tel: (213) 955-1150
*scrane@bcsslaw.com*
*brodous@bcsslaw.com*

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is heather.ward@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 24, 2023, at Fresno, California.

/s/ Heather Ward
Heather Ward